FILED

2016 OCT 19 PM 1:31

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO.: |
| Plaintiff, | § § | **INDICTMENT** |
| VS. | § § | [Ct 1:18 U.S.C. §922(g)(1) Possession of a Firearm by a Convicted Felon.] |
| CHRISTOPHER STEPHEN JACKSON, | § § | **SA16CR0738 OG** |
| Defendant. | § | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. §922(g)(1)]

That on or about September 27, 2016, in the Western District of Texas, the Defendant,

**CHRISTOPHER STEPHEN JACKSON,**

who having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, ammunition and firearms, to-wit: a Smith and Wesson, model M&P, .40 caliber pistol, serial number MEP4661, and a Mossberg, model Maverick 88, 12-gauge shotgun, serial number MV95755D; which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

<u>NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE</u>
[*See* Fed. R. Crim. P. 32.2]
I.
<u>Firearm Violations and Forfeiture Statutes</u>
**[Title 18 U.S.C. § 922(g)(1), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461]**

As a result of the criminal violation set forth above in Count One, the United States of America gives notice to the Defendant of its intent to seek the forfeiture of the below described

properties upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461, which states:

> **Title 18 U.S.C. § 924. Penalties**
> **(d)(l)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (g) . . . of section 922 . . . shall be subject to seizure and forfeiture. . . under the provisions of this chapter. . . .

This Notice of Demand for Forfeiture includes but is not limited to the following property listed below:

1. **Smith and Wesson, model M&P, .40 caliber pistol, serial number MEP4661;**
2. **Mossberg, model Maverick 88, 12-gauge shotgun, serial number MV95755D; and**
3. **Any related ammunition and firearm accessories.**

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

BY: _____
SARAH WANNARKA
Assistant United States Attorney